| DOCUMENTS UNDER SEAL [X] | | | | TOTAL TIME (mins): 40 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Jenny Galang | | LIBERTY RECORDING: 10:57-11:37 | |
| MAGISTRATE JUDGE ALEX G. TSE | | DATE September 19, 2025 | | NEW CASE [X] | CASE NUMBER 3:25-mj-71082-MAG-1 |

### APPEARANCES

| DEFENDANT Jose Alberto Panameno-Cisneros | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Samantha Jaffe | PD. [X] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY Andrew Scoble | SPANISH INTERPRETER Elizabeth McCarthy, sworn | | | FIN. AFFT SUBMITTED [X] | COUNSEL APPT'D [X] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL [X] | PARTIAL PAYMENT OF CJA FEES [ ] |

### PROCEEDINGS SCHEDULED TO OCCUR

| [X] INITIAL APPEAR | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS / STATUS TRIAL SET |
|---|---|---|---|---|
| [X] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [X] TRUE NAME: Jose Alberto Cisneros-Panameno |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED  [ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |
|---|---|---|

| [X] MOTION FOR DETENTION | [ ] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 9/22/2025 | [ ] CONFIRM ATTY APPOINTMENT | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON. Alex G. Tse | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

DPPA advised. AUSA orally moves to unseal entire case - GRANTED. Defense argues the Government not entitled to detention hearing. Court orders the Government to brief the matter as stated on the record.

DOCUMENT NUMBER: