**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Alex G. Tse<br>U.S. Magistrate Judge | **RE:** | CISNEROS PANAMENO, Jose |
| **FROM:** | <br>U.S. Pretrial Services Officer | **Docket No.:** | 3:25-mj-71082-MAG |

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Reanna Agah | (510) 637-3758 |
| **U.S. Pretrial Services Officer Assistant** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[XX] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[XX] Modification(s):

Addition of the following conditions:

- Defendant must participate in mental health treatment as directed by Pretrial Services;
- Defendant must continue to register as a sex offender as required by the Mendocino County Sheriff's Office; and
- Defendant must have no unsupervised contact with minors

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

| | |
|---|---|
| _[signature]_ | September 30, 2025 |
| **JUDICIAL OFFICER** | **DATE** |
| Hon. Alex G. Tse<br>United States Magistrate Judge | |