JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Samantha_jaffe@fd.org

Counsel for Defendant Cisneros-Panameno

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO CISNEROS-PANAMENO,<br><br>Defendant. | Case No.: MJ 25-71082 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS RE: PRELIMINARY HEARING AND ARRAIGNMENT TO OCTOBER 28, 2025 AND SET BAIL STATUS** |

    The above captioned matter is scheduled for a status conference regarding preliminary hearing and arraignment on October 22, 2025. The parties respectfully request this Court continue the status to Monday, October 28, 2025, to happen concurrently with a status regarding bail conditions, at 10:00 a.m., before the Honorable Magistrate Judge Alex G. Tse. This will allow both matters to be handled at the same hearing. The parties conferred with the assigned courtroom deputy regarding the date and availability in advance of filing this stipulation. The parties also agree that time should be excluded from October 22, 2025 to

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG

October 28, 2025, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Parties further stipulate to the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| October 20, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>JEFFREY BORNSTEIN<br>Assistant United States Attorney |
| October 20, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_____                    _____
Dated                                                         LISA J. CISNEROS
                                                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
MJ 25-70022 MAG