1  JODI LINKER
2  Federal Public Defender
   Northern District of California
3  SAMANTHA JAFFE
   Assistant Federal Public Defender
4  19th Floor Federal Building - Box 36106
   450 Golden Gate Avenue
5  San Francisco, CA 94102
   Telephone:  (415) 436-7700
6  Facsimile:  (415) 436-7706
   Email:       Samantha_jaffe@fd.org
7
8  Counsel for Defendant Cisneros-Panameno
9

10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION
13

14  | UNITED STATES OF AMERICA, | Case No.: MJ 25-71082 MAG |
    |---|---|
    | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS RE: PRELIMINARY HEARING AND ARRAIGNMENT TO OCTOBER 28, 2025 AND SET BAIL STATUS** |
    | v. | |
    | JOSE ALBERTO CISNEROS-PANAMENO, | |
    | Defendant. | |

21       The above captioned matter is scheduled for a status conference regarding preliminary
22  hearing and arraignment on October 22, 2025. The parties respectfully request this Court
23  continue the status to Monday, October 28, 2025, to happen concurrently with a status
24  regarding bail conditions, at 10:00 a.m., before the Honorable Magistrate Judge Alex G. Tse.
25  This will allow both matters to be handled at the same hearing. The parties conferred with the
26  assigned courtroom deputy regarding the date and availability in advance of filing this
27  stipulation.  The parties also agree that time should be excluded from October 22, 2025 to
28

STIPULATION AND ORDER
MJ 25-70022 MAG

October 28, 2025, under the Speedy Trial Act to allow for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Parties further stipulate to the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

| | |
|---|---|
| October 20, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>JEFFREY BORNSTEIN<br>Assistant United States Attorney |
| October 20, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_October 20, 2025
Dated

LISA J. CISNEROS
United States Magistrate Judge

STIPULATION AND ORDER
MJ 25-70022 MAG