JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        Samantha_jaffe@fd.org

Counsel for Defendant Cisneros-Panameno

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO CISNEROS-PANAMENO,<br><br>Defendant. | Case No.: CR 25-359 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

     The above captioned matter is scheduled for a status conference on January 12, 2026. The production of discovery is ongoing – defense counsel has made multiple discovery requests, and the government has responded with multiple productions, one as recently as December 18, 2025. Additional productions are forthcoming. To allow for additional discovery to be produced and reviewed in advance of the status conference before this Court, the parties agree that the matter be continued to February 2, 2026 at 11:00 a.m.

     The parties also agree that time should be excluded from January 12, 2026 to February 2, 2026, under the Speedy Trial Act to allow for effective preparation of counsel, taking into

account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 12, 2026 to February 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

| | |
|---|---|
| December 26, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California |
| | /S<br>JEFFREY BORNSTEIN<br>Assistant United States Attorney |
| December 26, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

Dated:  January 5, 2026

HON. JAMES DONATO
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 25-359 JD