**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL MINUTE ORDER**

Case No. 3:25-cr-00359-JD

Case Name: United States of America v. Cisneros-Panameno

Date: September 2, 2026 Time: 2 Hours & 8 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK **Court Reporter**: Ana Dub

**COUNSEL FOR GOVERNMENT**: Jeffrey Bornstein/Jean M. Fundakowski

**COUNSEL FOR DEFENDANT**: Samantha B Jaffe/Ana Laura Botello

Trial Began: August 31, 2026 Further Trial: Concluded

| **TRIAL MOTIONS HEARD**: | **DISPOSITION:** |
|---|---|
| 1. ________________ | ________________ |
| 2. ________________ | ________________ |
| 3. ________________ | ________________ |

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**

Defendant found Guilty.

**DISPOSITION OF EXHIBITS:**