**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00359-JD-1
Case Name: United States of America v. Cisneros-Panameno

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **US ATTORNEYS:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| James Donato | | Jeffrey Bornstein/Jean M. Fundakowski | | Samantha Jaffe/Ana Botello |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| September 2, 2026 | | Ana Dub | | LISA R. CLARK |
| **INTERPRETERS:** Daniel Navarro/Adele Nego | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 10:11 am | | | Court in session all parties and jury present | |
| | | 10:17 am | | | Jury instructed by the Court | |
| | | 10:45 am | | | Closing argument by Government | |
| | | 11:01 am | | | Closing argument by Defendant | |
| | | 11:40 am | | | Rebuttal argument by Government | |
| | | 12:06 pm | | | Jury deliberating | |
| | | 2:36 pm | | | Court in session out of the presence of the jury Court reads note #1 to the parties | |
| | | 2:38 pm | | | Cout in session all parties and jury present. Court reads note number 1 from the jury and responds. | |
| | | 2:39 pm | | | Jury continues deliberations | |
| | | 4:16 pm | | | Court in session all parties and jury present | |
| | | | | | Court reads the verdict. Defendant found guilty | |
| | | 4:18 pm | | | Jury polled and the verdict is unanimous Court thanks the jury for their service | |
| | | | | | Defendant to surrender to US Marshal on Friday, September 4, 2026 | |
| | | 4:27 pm | | | Court in recess | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |