JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Samantha_jaffe@fd.org

Counsel for Defendant Cisneros-Panameno

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ALBERTO CISNEROS-PANAMENO,

Defendant.

Case No.: CR 25-359 JD

**STIPULATION REGARDING POST-TRIAL MOTIONS BRIEFING SCHEDULE**

The parties have conferred and propose the following post-trial briefing schedule, with a hearing date of November 30, 2026:

November 2, 2026: Defense post-trial motions due

November 16, 2026: Government responses due

November 23, 2026: Defense replies, if any, due

IT IS SO STIPULATED.

September 10, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

JEFFREY BORNSTEIN
Assistant United States Attorney

September 10, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

SAMANTHA JAFFE
Assistant Federal Public Defender

**ORDER**

The Court adopts the parties' proposed briefing schedule, and sets the hearing on post-trial motions for November 30, 2026.

IT IS SO ORDERED.

__9/28/2026________
Dated

HON. JAMES DONATO
United States District Judge